IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE RODGERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 13-cv-549-LPS ) ) JURY TRIAL DEMANDED |
| CORRECT CARE SOLUTIONS, LLC, | ) ) |
| Defendant. | ) |

## ANSWER

Defendant Correct Care Solutions, LLC, by and through its attorneys, hereby answers Plaintiff's Complaint as follows:

1. Plaintiff is, and at all times mentioned was, a resident of the State of Delaware residing at 56 Cedar Field Road, Magnolia, Delaware 19962.

**ANSWER**: Admitted that Plaintiff is a resident of the state of Delaware residing at 56 Cedar Field Road, Magnolia, Delaware 19962. Defendant is unable to admit or deny Plaintiff's allegation that Plaintiff was "at all times mentioned" a resident of the State of Delaware, because Plaintiff's Complaint fails to state with specificity the dates that constitute "all times mentioned."

2. Defendant is, and at all times mentioned Correct Care Solutions, LLC does business within the State of Delaware and specifically provided services for the Department of Corrections of the State of Delaware.

**ANSWER:** Admitted that Defendant Correct Care Solutions, LLC does business within the State of Delaware and provides services for the Department of Corrections of the State of Delaware. Defendant is unable to admit or deny Plaintiff's allegation that "at all

times mentioned" Defendant did business within the State of Delaware, because Plaintiff's Complaint fails to state with specificity the dates that constitute "all times mentioned."

3. On June 3, 2010, Plaintiff and Defendant mutually agreed in writing that Plaintiff would serve as medical director. Defendant agreed to employ Plaintiff with an annual salary of $200,000.00 per year.

**ANSWER:** Admitted that Plaintiff was employed by Defendant as Medical Director at an annual salary of $200,000.00 per year. Otherwise, denied. By way of further answer, Plaintiff was employed at will pursuant to Defendant's Employee Handbook.

4. Plaintiff entered into the service of Defendant under the employment agreement and performed all appropriate terms and conditions of the agreement on Plaintiff's part to be performed.

**ANSWER:** Denied. By way of further answer, it is admitted the Plaintiff was employed by Defendant. See answer to Paragraph 3 above.

5. On July 23, 2012, Defendant wrongfully discharged Plaintiff in violation of the employment agreement and refused to permit Plaintiff to serve as agreed, even though Plaintiff offered to continue in the service of Defendant and to perform pursuant to the agreement reached between the parties. As a result of such wrongful discharge, the Plaintiff has been damaged in the amount of $200,000.00, no part of which has been paid by Defendant.

**ANSWER:** Admitted that Defendant terminated Plaintiff from employment on or about July 23, 2012. Otherwise, denied.

6.   In addition to the sum of $200,000.00, Defendant, under the provisions of 19 Del.C. §§ 1103, 1112, and 1113 is in indebted to Plaintiff for statutory penalty and additional damages for Defendant's failure to pay Plaintiff.

**ANSWER:**   Denied.

### **AFFIRMATIVE DEFENSES**

1.   Plaintiff's claims fail to state a claim upon which relief can be granted.

2.   The Delaware Wage Payment and Collection Act is not applicable to Plaintiff's claim.

3.   Plaintiff's claims fail in whole or in part because at all times Defendant made a good faith effort to comply with applicable law, acted lawfully, and on a reasonable basis.

4.   Plaintiff's claims may fail in whole or in part by her failure to mitigate damages.

5.   Plaintiff was employed at will and was subject to dismissal at the Defendant's discretion.

6.   Plaintiff's claims may fail in whole or in part based on the doctrine of after-acquired evidence.

01:13507416.1

3

WHEREFORE, Defendant respectfully requests that this action be dismissed with prejudice, with costs and attorneys' fees assessed against Plaintiff.

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          */s/ Barry M. Willoughby*

          Barry M. Willoughby, Esquire (No. 1016)
          Lauren E.M. Russell, Esquire (No. 5366)
          Rodney Square
          1000 North King Street
          Wilmington, Delaware 19801
          Telephone: (302) 571-6666; (302) 576-3255
          Facsimile: (302) 576-3345; (302) 576-3750
          Email: bwilloughby@ycst.com; lrussell@ycst.com

          *Attorneys for Defendant*

Dated: April 11, 2013